TCC:bj 6/11/08 9:54am

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN R. WILSON, | |
| Plaintiff, | NO. |
| vs. | JURY DEMANDED |
| CENTRAL DUPAGE HOSPITAL, | FILED: JUNE 11, 2008 |
| Defendant. | 08CV3353 |
| | JUDGE GETTLEMAN |
| | MAGISTRATE JUDGE ASHMAN |
| | PH |

## COMPLAINT

Plaintiff, John R. Wilson, by and through his attorney, Thomas C. Crooks, complains of the defendant, Central DuPage Hospital, as follows:

### NATURE OF THE ACTION

1. Plaintiff brings this civil action for violations of §510 of Employee Retirement Income Security Act ("ERISA"), 29 USC § 1140.

### JURISDICTION AND VENUE

2. Jurisdiction lies in this Court pursuant to 28 U.S.C. § 1343(a)(3) and (4), 28 U.S.C. § 1331 and 42 U.S.C. §12201.

3. Venue is proper in the Northern District of Illinois, pursuant to 28 U.S.C. §1391(b), because the events giving rise to this claim occurred in this judicial district and plaintiff resides in this district.

### PARTIES

4. The plaintiff, John R. Wilson, is a citizen of the United States who at all relevant times resided in Downers Grove, Illinois.

5. Central DuPage Hospital is a private hospital located at 25 North Winfield Road,

Winfield, Illinois. Plaintiff was an employee at Central DuPage Hospital until his unlawful termination on June 4, 2007.

## FACTS

6. Plaintiff started his employment with defendant on May 7, 2007 as a patient account representative.

7. Pursuant to defendant's practice and policy the defendant told plaintiff that he would begin receiving benefits, including health insurance benefits, on June 1, 2007.

8. Plaintiff was still employed by the defendant as of June 1, 2007 and began receiving benefits, including health insurance benefits, at that time.

9. Wilson was hospitalized due to illness beginning on May 25, 2007. On the next work day, May 29, 2007, a family member called defendant to inform it of plaintiff's hospitalization. On June 4, 2007 plaintiff received a preliminary diagnoses of leukemia.

10. On June 4, 2007 plaintiff's mother informed defendant that plaintiff had been diagnosed with leukemia. That same day, June 4, 2007, a representative of the defendant from its human resources department contacted plaintiff's mother and informed her that plaintiff's employment with the defendant was being terminated and the termination was being made retroactive to May 25, 2007. As a result, plaintiff no longer had health insurance through his employment with the defendant.

11. Defendant terminated plaintiff's employment in order to prevent plaintiff from receiving the benefits associated with his employment, including health insurance.

12. As a result of his unlawful termination plaintiff has lost wages and benefits associated with his employment and will continue to lose wages and benefits in the future.

13. As a result of his unlawful termination plaintiff has incurred medical bills which would have been covered by health insurance he earned through his employment with defendant.

Wherefore, plaintiff requests the following relief from defendant Central DuPage Hospital:

A. A declaration by this court that defendant has violated 29 U.S.C. § 1140 by terminating plaintiff's employment in order to deny plaintiff benefits;

B. A permanent and temporary affirmative injunction reinstating plaintiff's employment with the defendant;

C. A permanent and temporary affirmative injunction reinstating plaintiff to all benefits, including health insurance, he would have enjoyed if he had not been unlawfully terminated;

D. An award of damages for all financial losses, including lost wages, future wages, medical expenses and future medical expenses, incurred as a result of plaintiff's unlawful termination;

E. An award of reasonable attorney's fees and costs incurred in this action;

F. For such further relief as this Court deems just.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, plaintiff demands trial by jury.


s/ Thomas C. Crooks_____
Thomas C. Crooks
Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza
Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220