# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 CV 3353
John R. Wilson
        Plaintiff,
v.
Central DuPage Hospital
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central DuPage Health

| | |
|---|---|
| NAME (Type or print) <br> Susan G. Feibus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Susan G. Feibus | |
| FIRM <br> Ungaretti & Harris LLP | |
| STREET ADDRESS <br> 3500 Three First National Plaza | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181749 | TELEPHONE NUMBER <br> (312) 977-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3353 |
| Vs. | ) | |
| | ) | Judge Robert W. Gettleman |
| CENTRAL DUPAGE HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   See Attached Certificate of Service

    Please take notice that on Monday, August 18, 2008, the undersigned electronically filed with the Court's ECF system, **APPEARANCE**, a copy of which is hereby served upon you via Court's electronic filing system.

Dated: August 18, 2008

                                    By:   /s/ Susan G. Feibus
                                               One of the Attorneys
                                               For Central DuPage Health

OF COUNSEL
Susan G. Feibus
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: 312.977.4400
Facsimile: 312.977.4405

1198354-1

## CERTIFICATE OF SERVICE

    I, R. Scott Alsterda, the undersigned attorney, hereby states under oath that a true and correct copy of the **NOTICE OF FILING and APPEARANCE**, was served upon the individual identified below via the court's electronic filing system, before the hour of 5:00 p.m. on August 18, 2008.

Thomas C. Crooks  
Three First National Plaza  
Suite 1950  
Chicago, Illinois  60602

/s/ Susan G. Feibus

1198354-1