UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 3353 |
| Vs. | ) | |
| | ) | Judge Robert W. Gettleman |
| CENTRAL DUPAGE HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   See Attached Certificate of Service

     Please take notice that on Monday, August 18, 2008, the undersigned electronically filed with the Court's ECF system, **CENTRAL DUPAGE HEALTH'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**, a copy of which is hereby served upon you via Court's electronic filing system.

Dated: August 18, 2008

                                            By:   /s/ Susan G. Feibus
                                                     One of the Attorneys
                                                     For Central DuPage Health

OF COUNSEL
Susan G. Feibus
**UNGARETTI & HARRIS LLP**
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:  312.977.4400
Facsimile:  312.977.4405

1198354

## CERTIFICATE OF SERVICE

  I, Susan G. Feibus, the undersigned attorney, hereby states under oath that a true and correct copy of the **NOTICE OF FILING and CENTRAL DUPAGE HEALTH'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**, was served upon the individual identified below via the court's electronic filing system, before the hour of 5:00 p.m. on August 18, 2008.

  Thomas C. Crooks
  Three First National Plaza
  Suite 1950
  Chicago, Illinois  60602


              /s/ Susan G. Feibus

1197491